THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVAH MILLER, Respondent, v. FRANK WALTON, JOHN S. DOOLEY and LESTER A. WHEELER, Assessors of the

Town of Ossining, Westchester County, New York, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Seeger, Carswell and Scudder, JJ.